# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>Capital 7 Funding<br><br><br><br><br><i>Plaintiff(s)</i><br>v.<br><br>Wingfield Capital Corporation, et al.<br><br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   17-cv-2374</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Gary Tsirelman, P.C.
129 Livingston Street
Second Floor
Brooklyn, NY 11201
718-438-1200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  05/12/2017



*s/Erica Fernandez*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  17-cv-2374

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print       Save As...       Reset

**RIDER "A" TO SUMMONS IN CAPITAL 7 FUNDING v. WINGFIELD CAPITAL CORPORATION, et al.**

-----------------------------------------------------------------X

Capital 7 Funding,

                     *Plaintiff*

     - against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments
              *Corporate Defendants*

     And

Burgis Sentha, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and and John Does 1 through 15,
            *Individual Defendants*

-----------------------------------------------------------------X

Docket No. 17-cv-2374

**Plaintiffs Demands a Trial By Jury**

Named Defendants:

**Wingfield Capital Corporation**
C/O New York Secretary of State
99 Washington Avenue
Albany, NY 12231

**Prestige Investment Associates, Inc., d/b/a Prestige Investments USA**
C/O New York Secretary of State
99 Washington Avenue
Albany, NY 12231

**First Choice Payment Systems, Inc., d/b/a 1st Choice Payments**
C/O New York Secretary of State
99 Washington Avenue
Albany, NY 12231

**Burgis Sethna, a/k/a Seth Burgess**
110 Melanie Drive
East Meadow, NY 11554

**Heath Wagenheim**
135 Nordham Street
Waldwick, NJ 07463

**Joseph Rabito**
21 Willett Avenue
Apt PH09
Port Chester, NY 10573

**Damian Laljie, a/k/a Damian Laltie**
1923 Bay Ridge Parkway
Apartment 1R
Brooklyn, NY 11204