## AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CASE: 1:17-cv-02374-RRM-ST**

**CAPITAL 7 FUNDING**
                        Plaintiff,
-VS-

**WINGFIELD CAPITAL CORPORATION, et al**
                        Defendants.

I, __PAMELA KUTOROFF__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

SERVICE: I served __HEATH WAGENHEIM__
                      NAME OF PERSON/ENTITY BEING SERVED
WITH __SUMMONS IN A CIVIL ACTION; RIDER "A"; AMENDED COMPLAINT__

by leaving with: __HEATH WAGENHEIM__ __DEFENDANT__
                NAME                            RELATIONSHIP

AT: __135 NORDHAM STREET, WALDWICK, NJ 07463__ ON: __6/2/17__ AT: __9:02AM__
      ADDRESS                            CITY/STATE                  DATE                TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                                                DATE

**MANNER OF SERVICE:**
☑ **PERSONAL:** By personally delivering copies to the person being served.
☐ **SUBSTITUTED AT RESIDENCE:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ **NON-SERVICE:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reasons(s):
    ( ) Moved, forwarding address unknown, ( ) No longer employed at place of business, ( ) Vacant
    ( ) Unknown at address,     ( ) Incorrect place for service/bad address, ( ) Service cancelled
    ( ) No does residing at premises     ( ) Other: _____

**SERVICE ATTEMPTS:** Service was attempted on: (1)_____ _____ (2)_____ _____ (3)_____ _____
                                                                       DATE    TIME      DATE    TIME      DATE    TIME

DESCRIPTION: AGE: __32__ SEX: __M__ RACE: __white__ HEIGHT __5'10"__ WEIGHT __200__ HAIR __Brown__ OTHER __N/A__

SWORN TO BEFORE ME ON THIS __5__ DAY OF __6__, 20__17__.

_____
SIGNATURE OF NOTARY PUBLIC       MY COMMISSION EXPIRES

**MIRANDA R. PLATT**
NOTARY PUBLIC OF NEW JERSEY
Comm # 50053305
My Commission Expires 01/23/2022

PAMELA KUTOROFF—-PROCESS SERVER   6/5/17

 Undisputed Legal Inc.