## Affidavit of Service - Suitable Age Person

United States District Court, EASTERN DISTRICT, New York      CASE NO: 1:17-CV-02374-RRM-ST
Plaintiff / Petitioner: **CAPITAL 7 FUNDING**
vs.
Defendant / Respondent: **WINGFIELD CAPITAL CORPORATION, ET AL.**

---

I **NICHOLAS ROSARIO** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NEW YORK. That on **June 03, 2017** at **01:42 PM** at **21 WILLETT AVENUE, APT. # PH09, PORT CHESTER, NY 10573**, deponent served the within:
**Summons In A Civil Action; Rider; Amended Complaint**

on **JOSEPH RABITO** herein known as Recipient. Said service was effected in the following manner:
By delivering thereat a true copy of each to James Lovingthomas , Security/concierge , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's DWELLING place and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope, properly addressed to recipient's DWELLING place at **21 WILLETT AVENUE, APT. # PH09, PORT CHESTER, NY 10573** by regular mail and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of NEW YORK on JUNE 5, 2017      First class mail envelope marked Personal and Confidential.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of NEW YORK or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that deponent describes the person actually served **James Lovingthomas** as follows:**Black, Male, 5' 9", 160 - 170 lbs, Black hair, Brown eyes, glasses, 25 - 30 years**

**Attempts:**
Date: June 03, 2017  Time: 01:42:33 PM  GPS: 41.002228, -73.660446
NOTES: ACCESS TO PH09 WAS DENIED, RECIPIENT STATED HE IS AUTHORIZED TO ACCEPT.

**Documents were served in accordance with CPLR 308.**

---

Sworn to before me on the ⎽⎽ day
of June, 2017.

**CAROLL RAMSEY**
*Notary Public - State of New York*
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2017

**NICHOLAS ROSARIO**

License Number: N/A

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022