# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 17-CV-2374

Date Filed: _____

Plaintiff:
**Capital 7 Funding**

vs.

Defendant:
**Wingfield Capital Corporation, et al.**

**State of New York, County of Albany)ss.:**

Received by Undisputed Legal Inc. to be served on **Wingfield Capital Corporation**.

I, James Boland, being duly sworn, depose and say that on the **6th day of June, 2017** at **2:30 pm**, I:

Served Wingfield Capital Corporation by delivering two true copies of the **Summons in a Civil Action Rider A and Amended Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Sue Zouky as Business Document Specialist 2 of The New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 64, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

_____
**James Boland**
Process Server

Subscribed and Sworn to before me on the 20th day of June, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2018

**Undisputed Legal Inc.**
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001
Our Job Serial Number: 2017001513

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

State of New York - Department of State
Receipt for Service

Receipt #:  201706080463
Date of Service:  06/06/2017
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Cash #:  201706080207
Fee Paid:  $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  WINGFIELD CAPITAL CORPORATION

Plaintiff/Petitioner:
    CAPITAL 7 FUNDING

Service of Process Address:
WINGFIELD CAPITAL CORPORATION
22 CORTLANDT ST
FLOOR 11
NEW YORK, NY 10007

Secretary of State
By  SUE ZOUKY