# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 17-CV-2374

Date Filed: _____

Plaintiff:
**Capital 7 Funding**
vs.
Defendant:
**Wingfield Capital Corporation, et al.**

**State of New York, County of Albany)ss.:**

Received by Undisputed Legal Inc. to be served on **First Choice Payment Systems Inc.**.

I, James Boland, being duly sworn, depose and say that on the **6th day of June, 2017** at **2:30 pm**, I:

Served First Choice Payment Systems Inc. by delivering two true copies of the **Summons in a Civil Action Rider A and Amended Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Sue Zouky as Business Document Specialist 2 of The New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 64, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

_____
**James Boland**
Process Server

Subscribed and Sworn to before me on the 20th day of June, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

**Undisputed Legal Inc.**
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001
Our Job Serial Number: 2017001512

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x