UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CAPITAL 7 FUNDING,

                Plaintiff,

-against-

WINGFIELD CAPITAL CORPORATION,
PRESTIGE INVESTMENT ASSOCIATES, INC.,
d/b/a PRESTIGE INVESTMENTS USA, and
FIRST CHOICE PAYMENT SYSTEMS, INC.,
d/b/a 1ST CHOICE PAYMENTS,

                Corporate Defendants,

and

BURGIS SETHA, a/k/a SETH BURGESS,
HEATH WAGENHEIM, JOSEPH RABITO,
DAMIAN LALJIE a/k/a DAMIAN LALTIE, and
JOHN DOES 1 THROUGH 15,

                Individual Defendants.

------------------------------------------------------------------x

Docket No. 17-02374
(RRM) (ST)

NOTICE OF
APPEARANCE

TO:   CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Abrams, Fensterman, Fensterman, Eisman,

Formato, Ferrara & Wolf, LLP, by Matthew F. Didora, hereby appears as counsel

for defendant Burgis Sethna.

Dated:       June 28, 2017

                                                    ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA & WOLF, LLP

By: _____
         Matthew F. Didora
         3 Dakota Drive, Suite 300
         Lake Success, New York 11042
         (516) 328-2300
         mdidora@abramslaw.com

To:     All parties (by ECF)