# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP

Attorneys at Law
www.abramslaw.com

3 Dakota Drive - Suite 300
Lake Success, New York 11042
Phone: 516-328-2300
Fax: 516-328-6638
Fax Not For Legal Service

Matthew F. Didora, Esq.
Partner
mdidora@abramslaw.com

FIRM OFFICES

Brooklyn
New York
Rochester

June 28, 2017

By ECF

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Capital 7 Funding v. Wingfield Capital Corp., et al.*
         Docket No. 17-2374-RRM-ST

Dear Judge Mauskopf:

We represent defendant Burgis Sethna in this case. We write to respectfully request an extension of Mr. Sethna's time to respond to the Amended Complaint until July 31, 2017. Plaintiff consents to this request in exchange for Mr. Sethna's agreement to waive any defenses based upon lack of personal jurisdiction.

There have been no prior requests for an extension of Mr. Sethna's time to respond to the complaint.

Yours truly,

MATTHEW F. DIDORA
For the Firm

cc: Nicholas Bowers, Esq. (by email)