*In Memoriam Richard H. Gens, Esq. 1929-1998*
**GENS, BAYSAN, P.C.**
BOSTON – NEW YORK CITY – SAN FRANCISCO
_____

192 South Street, Suite 300
Boston, MA 02111
tel. 617-936-4591
fax. 617-451-7879

Richard Langweber
rlangweber@weglawfirm.com
tel. 917-965-2105
NEW YORK CITY OFFICE
www.weglawfirm.com

535 5th Avenue, 25th Floor
New York, NY 10017
tel. 917-965-2105
fax. 917-720-9030

Honorable Roslynn R. Mauskopf
United States District Judge, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** Capital 7 Funding v. Rabito et. al., 17-CR-2374; Motion for Extension of Time to File Pre-Motion to Dismiss Letter

Your Honor:

My name is Richard Langweber, and I am a member of William E. Gens Law Offices. We represent individual defendants JOSEPH RABITO and DAMIAN LALJIE, as well as corporate defendants PRESTIGE INVESTMENT ASSOCIATES, INC., and FIRST CHOICE PAYMENT SYSTEMS. I am writing to respectfully request that our time to file a Pre-Motion to Dismiss Letter pursuant to the Court's Individual Rules of Practice III(A)(2), or to otherwise answer the Complaint on file, be extended until July 31, 2016.

I have discussed this matter with Nicholas Bowers, Esq., counsel for the Plaintiff in this matter. Mr. Bowers has indicated that the Plaintiff consents to this request, so long as the defendants we represent waive any defense based upon a lack of personal jurisdiction and improper service of process. If the Court grants this request, we will so waive those defenses.

This is our first request for an extension of time in this matter. The Court's time and attention to this matter are greatly appreciated. Please do not hesitate to contact me with any questions, comments, or concerns.

Sincerely,


/s/ Richard Langweber
Richard M. Langweber, Esq.
William E. Gens Law Offices
535 Fifth Ave., 25th Floor
New York, NY 10017
P: (917) 965-2105
F: (917) 720-9030
C: (508) 245-9566
rlangweber@genslawoffices.com