EXHIBIT C - MONEY LAUNDERING PREDICATE ACTS CONSISTING OF TRANSFERS TO THE 3 LEAF JOINT VENTURE TO CONCEAL DEFENDANTS' SCHEME

| Customer | Dates Defendants used the wires to transfer money to conceal their scheme |
|---|---|
| Carillo Trucking | Daily from 12-14-2015 through 10-4-2016 |
| Two Paper Dolls | Daily from 12-14-2015 through 10-4-2016 |
| Quality Products USA, Corp. | Daily from 12-17-2015 through 6-30-2016 |
| 7110 Partners LLC, First Agreement | Daily from 12-19-2015 through 10-1-2016 |
| 7110 Partners LLC, SecondAgreement | Daily from 3-15-2016 theough 6-14-2016 |
| Sabre Transportation Corp | Daily from 12-17-2015 through 8-31-2016 |
| Scrappy Auto Body Associates | Daily from 1-29-2016 through 8-31-2016 |
| Progress Printing, Corp. | Daily from 2-18-2016 thorugh 8-31-2016 |
| Texas National Contractors | Daily between 12-31-2015 and 1-30-2016 |
| RGV Contracting LLC | Daily from 1-8-2016 through 2-7-2016 |
| Grandpark, Corp. | Daily from 1-8-2016 through 2-7-2016 |
| KRP Holdings/Soteria | Daily from 2-26-2016 through 4-25-2016 |
| SBS America LLC | Daily from 3-8-2016 thorugh 5-7-2016 |
| Direct Enetrprises/ReMax | Daily from 3-8-2016 through 9-5-2016 |
| L and B Snacks LLC | Daily from 3-31-2016 through 5-30-2016 |
| Christopher's House | Daily from 4-12-2016 through 6-11-2016 |
| First Agreement with Chicky Boom | Daily from 2-16-2016 through 5-15-2016 |
| Second Agreement with Chicky Boom | Daily from 3-5-2016 through 7-4-2016 t |
| Haileys/Middleton Pub, Corp. | Daily from 2-16-2016 through 5-15-2016 |
| Corcho Vine Corp. | Daily from 3-15-2016 through 6-14-2016 |
| Furnishing Direct | Daily from 3-15-2016 through 6-14-2016 |
| Luxe Boutique LLC | Daily from 12-17-2015 through 3-16-2016 |
| Millenium Travel & Tours | Daily from 4-4-2016 thorugh 6-3-2016 |
| DRT Testerman | Daily from 4-12-2016 through 6-3-2016 |