UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

CAPITAL 7 FUNDING,

             Plaintiff,

      -against-

WINGFIELD CAPITAL CORPORATION,
PRESTIGE INVESTMENT ASSOCIATES, INC.,
d/b/a PRESTIGE INVESTMENTS USA, and
FIRST CHOICE PAYMENT SYSTEMS, INC.,
d/b/a 1ST CHOICE PAYMENTS,

             Corporate Defendants,

      and

BURGIS SETHNA, a/k/a SETH BURGESS,
HEATH WAGENHEIM, JOSEPH RABITO,
DAMIAN LALJIE a/k/a DAMIAN LALTIE, and
JOHN DOES 1 THROUGH 15,

             Individual Defendants.

------------------------------------------------------------------------x

Docket No. 17-02374
(RRM) (ST)

NOTICE OF MOTION
TO BE RELIEVED AS
COUNSEL PURSUANT
TO LOCAL CIVIL RULE
1.4

PLEASE TAKE NOTICE that upon the annexed Declaration of Matthew F. Didora, dated March 8, 2018, together with the exhibits annexed thereto, and upon all the pleadings and proceedings had herein, Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, outgoing counsel for defendants Burgis Sethna a/k/a Seth Burgess and Heath Wagenheim, will move this Court before the Hon. Roslyn R. Mauskopf, U.S.D.J., at the Courthouse located at 225 Cadman Plaza East, Brooklyn NY 11201, on March 29, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Local Civil Rule

1.4 permitting Abrams Fensterman to withdraw as counsel for defendants Sethna and Wagenheim, and granting such other and further relief as this Court may deem just and proper and equitable.

Dated:       March 8, 2018

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

By: _____

Matthew F. Didora
3 Dakota Drive, Suite 300
Lake Success, NY 11042
(516) 328-2300
mdidora@abramslaw.com

*Outgoing Attorneys for Defendants Burgis
Sethna and Heath Wagenheim*

To:    All counsel of record (via ECF)

BIRZON STRANG & ASSOCIATES
Joseph Strang, Esq.
222 East Main Street, Suite 212
Smithtown, New York 11787

*Incoming Attorneys for Defendants Burgis
Sethna and Heath Wagenheim and Attorneys for
Wingfield Capital Corporation*