UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Capital 7 Funding          :

    -against-                                                            :

                                                                                                           1:17-cv-02374(RRM-ST)

Wingfield Capital Corporation et al.                   :
-------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BRADLEY D. SIMON, Esq., duly admitted to practice in the United States District Court for the Eastern District of New York since August, 1983, has been retained to represent defendants Wingfield Capital Corporation, Sethna Burgis and Health Wagenheim in the above-captioned case.

Dated: New York, New York
       June 26, 2018

                                                                            /s Bradley D. Simon
                                                                        Bradley D. Simon (BS 3406)
                                                                        SIMON & PARTNERS LLP
                                                                        551 Fifth Avenue, 31st Floor
                                                                        New York, New York 10176
                                                                        T) (212) 332-8900
                                                                        F) (212) 332-8909
                                                                        bradsimon@simonlawyers.com