**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | July 2, 2018 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-2374 (RRM) |
| **NAME OF CASE(S):** | **CAPITAL 7 FUNDING V. WINGFIELD CAPITAL CORP. ET AL.** |
| **FOR PLAINTIFF(S):** | Bowers |
| **FOR DEFENDANT(S):** | Simon, Langweber |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 12:08 - 12:09 |

**RULINGS FROM STATUS CONFERENCE:**

Parties shall jointly file a discovery plan worksheet by July 23, 2018.