## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 24, 2019 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-2374 (RRM) |
| **NAME OF CASE(S):** | **CAPITAL 7 FUNDING V. WINGFIELD CAPITAL CORP., ET AL.** |
| **FOR PLAINTIFF(S):** | Bowers |
| **FOR DEFENDANT(S):** | Musa, Bibb |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 11:20 - 11:55 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendants' Motions to Stay Discovery [44] [68] [69] are denied.  Parties will meet and confer and attempt to limit discovery in order to have productive early settlement discussions.  Counsel shall electronically file a status report by April 3, 2019.