# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 11, 2020 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-2374 (RRM) |
| **NAME OF CASE(S):** | **CAPITAL 7 FUNDING V WINGFIELD CAPITAL CORPORATION, ET AL.** |
| **FOR PLAINTIFF(S):** | Bowers |
| **FOR DEFENDANT(S):** | Metcalf, Bibb |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM TELEPHONE CONFERENCE:

Parties are continuing to engage in discovery now that the motion to dismiss has been decided. The deadline for completion of fact discovery is extended to January 11, 2021. Parties will advise the Court when a settlement conference would be productive.