𝕴n the 𝖀nited 𝖀tates 𝕯istrict 𝕮ourt for the
𝕰astern 𝕯istrict of 𝕹ew 𝖄ork
-----------------------------------------------------------------x
**CAPITOL 7 FUNDING**,

       Plaintiff,
 v.

             Docket No.
             17-cv-2374(RRM)(ST)

**WINGFIELD CAPITAL CORPORATION,
PRESTIGE INVESTMENT ASSOCIATES, INC.,
D/B/A PRESTIGE INVESTMENTS USA, AND
FIRST CHOICE PAYMENT SYSTEMS, INC.,
D/B/A 1ST CHOICE PAYMENTS,**

       Corporate Defendants,

**BURGIS SETHNA, A/K/A SETH BURGESS,
HEATH WAGENHEIM, JOSEPH RABITO,
DAMIAN LALJIE A/K/A DAMIAN LALTIE,
AND JOHN DOES 1 THROUGH 15,**

       Individual Defendants.
-----------------------------------------------------------------x

## NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

  𝐏𝐋𝐄𝐀𝐒𝐄 𝐓𝐀𝐊𝐄 𝐍𝐎𝐓𝐈𝐂𝐄 that that on the enclosed Memorandum of Law in Support of Defendants' Motion to Set Aside Entry of Default, the Declaration of Steven Metcalf II, and the exhibits attached thereto, Defendants Sethna Burgis, Heath Wagenheim, and Wingfield Capital Corporation will move before the Honorable

Magistrate Steven L. Tiscione, at the United States Federal Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 112001 upon submission or on a date and time for oral argument to be set by this Court to set aside entry of default for good cause, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, and for any such other and further relief as the Court deems just and proper.

Dated:     January 4, 2021          Yours, etc.,
              New York, New York

*Steven A. Metcalf*

Steven A. Metcalf II
*Counsel for Defendant Sethna, Wagenheim and Wingfield Capital Corp.*
99 Park Avenue, Suite 2501
New York, NY 10016
646-253-0514

To:    Nicholas Bowers, Esq.
       Gary Tsirelman P.C.
       Attorneys for Plaintiff
       129 Livingston St.
       Brooklyn NY 11201
       Email: nbowers@gtmdjd.com