# In the United States District Court for the Eastern District of New York

-------------------------------------------------------------x
**CAPITOL 7 FUNDING**,

                Plaintiff,

   v.

                                          **Docket No.**
                                          <u>**17-cv-2374(RRM)(ST)**</u>

**Wingfield Capital Corporation,**
**Prestige Investment Associates, Inc.,**
**d/b/a Prestige Investments USA, and**
**First Choice Payment Systems, Inc.,**
**d/b/a 1st Choice Payments,**

                Corporate Defendants,

**Burgis Sethna, a/k/a Seth Burgess,**
**Heath Wagenheim, Joseph Rabito,**
**Damian Laljie a/k/a Damian Laltie,**
**and John Does 1 through 15,**

                Individual Defendants.
-------------------------------------------------------------x

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**

Having considered Defendants Motion and finding good cause therefore,

**IT IS HEREBY ORDERED** that Defendants Sethna, Wagenheim and Wingfield Capital Corporation's Motion to Set Aside Entry of Default is **GRANTED**.

Defendant is **ORDERED** to file an answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by January \_\_\_\_\_, 2021.

DATED: _____

                                                        Signed: _____

                                                        Hon. _____