

**STEVEN A. METCALF II, ESQ.**, Managing Attorney
**NANETTE IDA METCALF, ESQ.**, Managing Attorney**
**MARTIN TANKLEFF**, **ESQ.**, Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**JOSEPH D.MCBRIDE, ESQ.**, *of Counsel*
**MARC HOWARD, ESQ**. *of Counsel*

# EXHIBIT D

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 25th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Capital 7 Funding,

        *Plaintiff*

      - against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments
        *Corporate Defendants*

   And

Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and John Does 1 through 15,
        *Individual Defendants*

-----------------------------------------------------------------X

Docket No. 17-cv-2374(RRM)(ST)

**Certificate of Default**

I, Douglas Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Heath Wagenheim has not filed an answer or otherwise moved with respect to the above-captioned action as fully appears from the court file herein, The default of Defendant Heath Wagenheim is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

    _____July 27_____, 2020

                                     DOUGLAS C. PALMER
                                       Clerk of Court
                           By: *Jalitza Poveda*
                                       Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Capital 7 Funding,

               *Plaintiff*

               - against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments
               *Corporate Defendants*

      And

Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and John Does 1 through 15,
               *Individual Defendants*

-------------------------------------------------------------------X

Docket No. 17-cv-2374(RRM)(ST)

**Certificate of Default**

I, Douglas Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Burgis Sentha a/k/a Seth Burgess has not filed an answer or otherwise moved with respect to the above-captioned action as fully appears from the court file herein and from the Declaration of Nicholas Bowers, annexed hereto. The default of Defendant Burgis Sentha a/k/a Seth Burgess is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         _____July 27_____, 2020

                                          DOUGLAS C. PALMER
                                                 Clerk of Court
                                   By: *Jalitza Poveda*
                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Capital 7 Funding,

        *Plaintiff*

- against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments
        *Corporate Defendants*

And

Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and John Does 1 through 15,
        *Individual Defendants*

-----------------------------------------------------------------X

Docket No. 17-cv-2374

**Certificate of Default**

I, Douglas Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Wingfield Capital Corporation has not filed an answer or otherwise moved with respect to the above-captioned action as fully appears from the court file herein and from the Declaration of Nicholas Bowers, annexed hereto. The default of Defendant Wingfield Capital Corporation is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 27, 2020

DOUGLAS C. PALMER
Clerk of Court
By: *Jalitza Poveda*
Deputy Clerk