UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CAPITOL 7 FUNDING,

        Plaintiff,                        NOTICE OF MOTION

    v.

WINGFIELD INVESTMENT CORPORATION,

                                                        Docket No.
                                                        17-CV-2374(RRM)(ST)

        Corporate Defendant,

BURGIS SETHNA, A/K/A SETH BURGESS,
HEATH WAGENHEIM, JOSEPH RABITO AND
DAMIAN LALJIE AND JOHN DOES 1
THROUGH 15,

        Individual Defendants.
----------------------------------------------------------------x

        NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY
           OF A CERTIFICATE OF DEFAULT PURSUANT TO
                  FED. R. CIV. PRO. 55(c)

TO THE HONORABLE COURT AND ALL PARTIES:

        PLEASE TAKE NOTICE that on the enclosed Declaration of Daniel L. Bibb, Esq. and Memorandum of Law in Support of a Motion to Set Aside the entry of a Certificate of Default and the attached exhibits thereto, Defendants Joseph Rabito and Damien Laljie will move before the Honorable Magistrate Judge Steven L. Tiscione, at the Untied States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11202 upon submission or on a date and time for oral argument to be set by the Court to set aside the entry of a Certificate

of Default for good cause, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, and

for such other and further relief as the Court deems just and proper.

Dated:  January 17, 2021
      New York, New York

                        *s/ Daniel L. Bibb*
                        Daniel L. Bibb, Esq.(db8060)
                        The Law Office of Daniel L. Bibb, LLC
                        Counsel for Joseph Rabito and Damian Laljie
                        261 Madison Avenue, 12th Floor
                        New York, New York 10016
                        (212) 736-3936
                        dan@danielbiblaw.com

To:
Nicholas Bowers, Esq.
Gary Tsirelman, PC
129 Livingston Street
Brooklyn, New York 11201
nbowers@gtmdjs.com