UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

CAPITOL 7 FUNDING,

        Plaintiff,

   v.

WINGFIELD INVESTMENT CORPORATION,

                                                    Docket No.
                                                    17-CV-2374(RRM)(ST)

        Corporate Defendant,

BURGIS SETHNA, A/K/A SETH BURGESS,
HEATH WAGENHEIM, JOSEPH RABITO AND
DAMIAN LALJIE AND JOHN DOES 1
THROUGH 15,

        Individual Defendants.
---------------------------------------------------------------x

ORDER GRANTING DEFENDANTS' MOTION TO SET
ASIDE THE CERTIFICATES OF DEFAULT PURSUANT
TO FED. R. CIV. PRO. 55(a)

    Having considered defendants' motion and finding good cause therefore,

    IT IS HEREBY ORDERED that defendants Rabito and Laljie's Motion to Set Aside the Certificates of Default is GRANTED.

    IT IS FURTHER ORDERED that any cross motions, responses and/or replies are to be filed in accordance with the Order previously filed in ECF 98.

Dated: _____

                                              Signed: _____

                                              Hon. _____