# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Capital 7 Funding,

                *Plaintiff*

          - against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments

              *Corporate Defendants*

And

Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and John Does 1 through 15,
              *Individual Defendants*

------------------------------------------------------------------X

Docket No. 17-cv-2374

**Certificate of Default**

I, Douglas Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Damian Laljie a/k/a Damian Laltie has not filed an answer or otherwise moved with respect to the above-captioned action as fully appears from the court file herein and from the Declaration of Nicholas Bowers, annexed hereto. The default of Defendant Damian Laljie a/k/a Damian Laltie is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         July 27, 2020

DOUGLAS C. PALMER
Clerk of Court
By: *Jalitza Poveda*
Deputy Clerk