UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Capital 7 Funding,

                *Plaintiff*

   - against -

Wingfield Capital Corporation, Prestige Investment Associates, Inc., d/b/a Prestige Investments USA, and First Choice Payment Systems, Inc., d/b/a 1st Choice Payments
                *Corporate Defendants*

    And

Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, Damian Laljie a/k/a Damian Laltie, and John Does 1 through 15,
                *Individual Defendants*

-------------------------------------------------------------------X

Docket No. 17-cv-2374

**PROPOSED JUDGMENT**

This action having been commenced on April 20, 2017 by the filing of the Summons and Complaint, which was properly served on each of Defendants Wingfield Capital Corporation, Burgis Sethna, a/k/a Seth Burgess, Heath Wagenheim, Joseph Rabito, and Damina Laljie, a/k/a Damian Laltie, proof of service having been filed, Defendants having failed to answer the Complaint, Plaintiffs having moved for Default Judgment on March 12, 2021, and the Plaintiffs having established that Defendants are liable to Plaintiffs for damages in the amounts set forth below;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**: that judgment is entered in favor of Plaintiffs:

(1) against Defendant Wingfield Capital Corporation, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $7,228,277.00, which includes prejudgment interest of $774,458.28at the rate of 9% per annum;

(2) against Defendant Burgis Sethna, a/k/a Seth Burgess, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $7,228,277.00, which includes prejudgment interest of $774,458.28at the rate of 9% per annum;

(3) against Defendant Heath Wagenheim, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $7,228,277.00, which includes prejudgment interest of $774,458.28at the rate of 9% per annum;

(3) against Defendant Joseph Rabito, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $7,228,277.00, which includes prejudgment interest of $774,458.28at the rate of 9% per annum; and

(3) against Defendant Damian Laljie a/k/a Damian Laltie, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $7,228,277.00, which includes prejudgment interest of $774,458.28at the rate of 9% per annum.

Dated: Brooklyn, New York
_____, 2021

_____
U.S.D.J. Roslynn R. Mauskopf

This document was entered on the docket on _____, 2021.