# THE LAW OFFICE OF DANIEL L. BIBB, L.L.C.

521 Fifth Avenue, 17th Floor, New York, New York 10017  T. (212) 736-3936
69 East Allendale Road, Saddle River, New Jersey 07458  T. (201) 547-1652
F. (212) 812-3299  C. (201) 390-5278
dan@danielbibblaw.com  www.danielbibblaw.com
Please Reply to the New Jersey Address

March 3, 2022

The Honorable Steven Tiscione
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Capital 7 v. Wingfield, et al
                 17 CV 04275

Dear Judge Tiscione:

Please be advised that as of this date Defendants Joseph Rabito and Damian Laljie have provided every document in their possession that is responsive to Plaintiff's discovery demands dated December 21, 2021.  This production will moot Plaintiff's motion to compel.

        Sincerely,

        *s/ Daniel L. Bibb*

        Daniel L. Bibb, Esq.
        Attorney for Joseph Rabito and Damian Laljie