# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 25, 2022 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-17-2374 (HG) |
| NAME OF CASE(S): | Capital 7 Funding v. Wingfield Capital Corporation et al. |
| FOR PLAINTIFF(S): | Bowers |
| FOR DEFENDANT(S): | Metcalf, Bib |
| NEXT CONFERENCE(S): | Telephone Conference - November 28, 2022 at 12:00 p.m. |
| FTR/COURT REPORTER: | AT&T (10:02 - 10:05) |

<u>RULINGS FROM</u> Motion Hearing               :

The Joint MOTION for Extension of Time to Complete Discovery [131] is granted. The deadline for completion of fact discovery is extended to November 19, 2022. The Court will hold a telephone conference on November 28, 2022 at 12:00 p.m. Counsel for all parties must participate and shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.