# THE LAW OFFICE OF DANIEL L. BIBB, LLC

22 Paris Avenue, Suite 101A, Rockleigh, New Jersey 07647
T. (201) 297-7443  F. (212) 812-3299  C. (201) 390-5278
dan@danielbibblaw.com  www.danielbibblaw.com

May 3, 2023

The Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:     Capital 7 v. Wingfield, *et al.*
                           Docket No. 17-CV-2374

Dear Judge Tiscione:

Due to multiple previously scheduled court appearances I have not been in my office for the past week. In addition, I have been informed by my client, Joseph Rabito, that he is attempting to obtain some of the demanded documents from a third party. As a result, I am requesting that I be given an additional week to ten days respond to plaintiff's motion to compel. Thank you for your consideration of this matter.

                                    Sincerely,

                                      *s/ Daniel L. Bibb*

                                    Daniel L. Bibb, Esq.